IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                                              CRIMINAL NO. 1:95-CR-8-DCB-JCG-2

DERRICK D'ANGELO EDWARDS                                          DEFENDANT

ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on United States' Motion for Remission of Fine

[#151] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well taken and should be

granted.

Wherefore, all of the unpaid portion of the fine imposed on October 3, 1995, is hereby

remitted.

SO ORDERED this the 5th day of ___May___, 2016.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE
UNITED STATES DISTRICT JUDGE